UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DANIELLE JONES,

Plaintiff,

v. Case No. 6:13-cv-929-Orl-22TBS

DOLGENCORP, LLC,

Defendant.
_______________________________________/

ORDER

Pending before the Court is Plaintiff's Request for Copies (Doc. 18). The request is STRICKEN. This district prohibits litigants from filing discovery material with the courts, unless that material is "necessary to the presentation or defense of a motion," or otherwise required. Middle District Discovery (2001) at 1-2;[1] see also FED. R. CIV. P. 5(d)(1); M.D.FLA.R. 3.03(d).

DONE AND ORDERED in Orlando, Florida, on February 14, 2014.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel

[1] The Middle District Discovery (2001) handbook can be found on the Court's website, http://www.flmd.uscourts.gov, under the "Forms & Publications" tab.